IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KUNAL BHATIA,<br><br>    Plaintiff,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS INC.,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:24-cv-05029-VMC-RDC |

**ORDER**

The parties have resolved their dispute. (Doc. 5). They are **ORDERED** to file appropriate dismissal documents as soon as practicable after settlement is consummated. In the meantime, the undersigned **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE**[1] this case and to terminate the referral to the undersigned.

IT IS SO **ORDERED** on this 7th day of February 2025.

_____
REGINA D. CANNON
United States Magistrate Judge

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The procedure will not prejudice the parties' rights, and they may file a motion re-open if settlement fails.